**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
KAHREEM PERRY,

                Plaintiff,

    -against-                                    25 **CIVIL** 3314 (KMW)

**JUDGMENT**

GLENN F. HARDY; NORMAN WILLIAMS,

                Defendants.
-----------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated July 14, 2025, Plaintiff's complaint, filed IFP under 28 U.S.C. § 1915(a)(1), is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii). The Court has declined to exercise supplemental jurisdiction over any state-law claims Plaintiff may be asserting. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962). Judgment is entered dismissing this case.

**Dated:**  New York, New York

       July 15, 2025

                                                      **TAMMI M. HELLWIG**
                                                      **Clerk of Court**

                           **BY:**       *K. Mango*

                                                        **Deputy Clerk**